IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  21-21122 |
| GAINCO, INC., | § | |
| | § | CHAPTER 11 PROCEEDING |
| Debtor | § | SUBCHAPTER V |

## NOTICE OF EMERGENCY FIRST DAY HEARINGS

PLEASE TAKE NOTICE that, as set forth in the motions described below and that you should have previously received, emergency hearings on the following motions:

1. [4] Debtor's Emergency Motion for an Order (I) Authorizing Maintenance of Existing Bank Accounts and (II) Waiving Certain U.S. Trustee Requirements;

2. [5] Debtor's Emergency Motion to Establish Notice Procedures and to Limit Notice;

3. [6] Debtor's Emergency Motion for Order Under 11 U.S.C. §§ 105(A) and 366 (i) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (ii) Approving Deposit as Adequate Assurance of Payment, (iii) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment, and (iv) Scheduling a Hearing to Consider Additional Adequate Assurance of Payment Requests;

4. [7] Emergency Motion to Assume Executory Contract with Corporate Solutions Pursuant to 11 U.S.C. § 365;

5. [8] Debtor's Emergency Motion Seeking Entry of Interim and Final Orders Authorizing the Debtor to Pay Prepetition Claims of Critical Vendors; and

6. [9] Emergency Motion for Interim and Final Order Authorizing Gainco. Inc. to Use Cash Collateral, if any, Pursuant to 11 U.S.C. § 363

have been scheduled for **May 4th, 2021, at 12:00 p.m. (central time) in the Bankruptcy Courtroom, 1133 N. Shoreline Blvd., Corpus Christi, TX 78401.**

It is anticipated that all persons will appear telephonically and also may appear via video at this hearing. Audio communication will be by use of the court's regular dial-in number. The dial-in number is +1 (832) 917-1510. you will be responsible for your own long-distance charges. you will be asked to key in the conference room number. Judge Jones' Conference Room Number is 205691.

**Parties may participate in electronic hearings by use of an internet connection. Video participation is available via GoToMeeting. To use GoToMeeting, the court recommends that you download the free GoToMeeting application prior to the hearing. If a browser connection is used, chrome is generally recommended. A mobile version of the application is also available. The meeting code is "judgejones". You may also connect directly by clicking the link on Judge Jones' home page on the Southern District Of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.**

No further notice of these emergency hearings shall be sent.

Respectfully submitted on May 3rd, 2021.

>LAW OFFICES OF WILLIAM B. KINGMAN, P.C.
>3511 Broadway
>San Antonio, Texas 78209
>Telephone: (210) 829-1199
>Facsimile: (210) 821-1114
>Email: bkingman@kingmanlaw.com
>
>By: */s/ William B. Kingman*
>William B. Kingman, State Bar No. 11476200
>***PROPOSED COUNSEL FOR DEBTOR***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served via the Court's ECF System and/or via U.S. First Class Mail, postage paid, on May 3rd, 2021, to the parties on the attached creditor matrix and to all parties that have requested ECF notifications in this matter.

>*/s/ William B. Kingman*
>William B. Kingman